# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **NEKEDRA JONES,** § | |
| § | |
| **Plaintiff,** § | |
| § | **CIVIL ACTION NO.** |
| v. § | |
| § | **4:18-CV-00645** |
| **ALLIED WASTE SYSTEMS, INC.,** § | |
| **AND REPUBLIC SERVICES, INC.,** § | |
| § | |
| **Defendants.** § | |

## ORDER

Pending before the Court is Plaintiffs' Unopposed Motion to Dismiss With Prejudice. The Court finds the motion should be and is hereby GRANTED.

All Plaintiff's claims and causes of action against Defendants are dismissed with prejudice.

Each party bears its own costs.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 22nd day of April, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE